PAUL J. FISHMAN
United States Attorney
JORDAN M. ANGER
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2829
Fax. 973-645-3210
JMA2859
(FLU:KCPB)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          *Plaintiff,*<br>v.<br><br>MARTIN BASROON,<br><br>          *Defendant,*<br>and<br><br>BANK OF AMERICA,<br>and its successors or assigns,<br><br>          *Garnishee.* | Hon. KATHARINE S. HAYDEN<br><br>CRIMINAL No. 98-444<br><br>**APPLICATION AND ORDER<br>FOR WRIT OF GARNISHMENT** |

  The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, Martin Basroon, social security number *******8151, whose last known address is New York, NY 10028 in the above cited action in the amount of $300,000.00, plus interest at the rate of 0% per annum and penalties.

  The total balance due and owing as of July 5, 2012 is $313,675.00.

  Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from July 10, 2012, and debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property in which Martin Basroon has a substantial non-exempt interest. More specifically, the Garnishee is a financial institution which is believed to have in its custody, control, or possession, property belonging to the judgment debtor, Martin Basroon.

The name and address of the Garnishee or his authorized agent is:

> Bank of America
> 5701 Horatio Street
> Mailstop: NY75010116
> Utica, NY 13502

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Garnishment.

> PAUL J. FISHMAN
> United States Attorney
>
> By: JORDAN M. ANGER
> Assistant U.S. Attorney

IT IS, on this 13th day of August, 2012,

ORDERED, that the Clerk of the Court shall issue the Writ of Garnishment.

> HON. KATHARINE S. HAYDEN, JUDGE
> UNITED STATES DISTRICT COURT

PAUL J. FISHMAN
United States Attorney
JORDAN M. ANGER
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ  07102
Tel. 973-645-2829
Fax. 973-645-3210
JMG2859
(FLU:KCPB)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                     *Plaintiff,*<br>v.<br><br>MARTIN BASROON,<br><br>                                     *Defendant,*<br>and<br><br>**BANK OF AMERICA,**<br>**and its successors or assigns,**<br><br>                                     *Garnishee.* | Hon. KATHARINE S. HAYDEN<br><br>CRIMINAL No.  98-444<br><br>WRIT OF GARNISHMENT |

GREETINGS TO:    Bank of America
                              5701 Horatio Street
                              Mailstop: NY75010116
                              Utica, NY 13502

      An Order Granting Application of the United States for a Writ of Garnishment against the property of Martin Basroon, defendant, has been filed with this Court.  A judgment has been entered against the above-named defendant in the amount of $300,000.00, plus interest and penalties, computed through July 5, 2012.

      You are required to begin withholding in accordance with this garnishment from the

date you were served with these papers.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property in which has a substantial non-exempt interest. You must state the amounts you anticipate owing Martin Basroon in the future.

You must file the original written answer to this writ within ten (10) days of your receipt of this writ with the United States District Clerk at: King Federal Courthouse, 50 Walnut Street, Newark, N.J. 07102. Additionally, you are required by law to serve a copy of this writ upon the debtor and upon the United States Attorney, Financial Litigation Unit, 970 Broad Street, 7th Floor, Newark, NJ 07102.

Under the law, there is property which is exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this order is listed on the attached Claim for Exemption form.

If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the defendant any item attached by this writ.

DATED: 8/13/12

WILLIAM T. WALSH
UNITED STATES DISTRICT COURT CLERK

By: _____
DEPUTY CLERK